UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANISLAV STRELKOV, et al.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>MERRICK GARLAND, et al.,<br><br>       Defendants. | 1:24-cv-02888 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiffs filed a motion to withdraw the Complaint on June 20, 2024, stating that "subsequent to the filing of the complaint, Plaintiffs have at last been entered into the U.S. Department of Justice Executive Office for Immigration Review Courts and Appeals System (ECAS) and their asylum cases are now duly pending . . . such that the substantive relief Plaintiffs were principally seeking has been obtained, the issue has been essentially resolved, and the subject of Plaintiffs' complaint has become moot." ECF No. 3 at 2.

  Defendants have not served either an answer or a motion for summary judgment at this time. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i).

  Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: June 21, 2024
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge